# EXHIBIT C



# NEW YORK STATE
# DEPARTMENT of
# FINANCIAL SERVICES

Andrew M. Cuomo  
Governor

Benjamin M. Lawsky  
Superintendent

STATE OF NEW YORK

Supreme Court, County of ERIE

---

805175/2015

Dennis D'Andrea                                    Plaintiff(s)

against

                                                   Defendant(s)

Allstate Insurance Company

---

RE : Allstate Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Amended Summons, Etc. in the above entitled action on April 27, 2015 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

> Law Office of Ralph C. Lorigo  
> Jon F. Minear, Esq.  
> 101 Slade Avenue  
> West Seneca, New York 14224

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

> CT Corporation System  
> Allstate Insurance Company  
> 111 Eighth Avenue  
> New York, New York 10011

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**  
**Special Deputy Superintendent**

Dated Albany, New York, April 27, 2015  
553736



NEW YORK STATE
DEPARTMENT of
FINANCIAL SERVICES

Andrew M. Cuomo                                         Benjamin M. Lawsky
Governor                                                Superintendent

STATE OF NEW YORK
Supreme Court, County of ERIE

805175/2015

Dennis D'Andrea                          Plaintiff(s)

                    against

                                         Defendant(s)
Encompass Insurance Company of America

RE : Encompass Insurance Company of America

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Amended Summons, Etc. in the above entitled action on April 27, 2015 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

　　Law Office of Ralph C. Lorigo
　　Jon F. Minear, Esq.
　　101 Slade Avenue
　　West Seneca, New York 14224

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

　　CT Corporation System
　　Encompass Insurance Company of America
　　111 Eighth Avenue
　　New York, New York 10011

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, April 27, 2015
553735