UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DENNIS D'ANDREA, | |
| Plaintiff, | CIVIL ACTION NO.: 1:15-cv-00467-FPG |
| v. | Honorable Frank P. Geraci, Jr. |
| ENCOMPASS INSURANCE COMPANY OF AMERICA and ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, JON F. MINEAR, being over the age of 18 years, and being unrelated to any of the parties in this action, acknowledge that on June 26, 2015, I served a copy of the Plaintiff's Notice of Motion, Affidavit of Jon F. Minear, Esq. sworn to on June 26, 2015, and Memorandum of Law dated June 26, 2015, by electronic mail, as follows:

    MURA & STORM, PLLC
    Roy A. Mura
    Email: roy.mura@muralaw.com

_____
JON MINEAR

Sworn to before me this
26th day of June, 2015

_____
Notary Public

MARY A. WOLF
Notary Public, State of New York
Registration No. 01WO4805379
Qualified in Erie County
Commission Expires June 30, 20___