UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DENNIS D'ANDREA,

       Plaintiff,

-vs-

ENCOMPASS INSURANCE COMPANY
OF AMERICA and ALLSTATE INSURANCE
COMPANY,

       Defendants.

**ECF CASE**

**STIPULATION OF PARTIAL DISCONTINUANCE**

Civ. Action No.

1:15-CV-00467-FPG

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued as against defendant ALLSTATE INSURANCE COMPANY only, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Buffalo, New York
    June 29, 2015

**LAW OFFICE OF RALPH C. LORIGO**

_____
Jon F. Minear, Esq.
*Attorneys for Plaintiff*
101 Slade Avenue
West Seneca, New York 14224
(716) 824-7200

SO ORDERED THIS 7th DAY OF July 20 15

**MURA & STORM, PLLC**

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

_____
Roy A. Mura, Esq.
*Attorneys for Defendants*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800