UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED JUN 17 2016 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

DENNIS D'ANDREA

Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA
and ALLSTATE INSURANCE COMPANY

Defendant.

CASE NO. 15-CV-00467

**CONSENT TO PROCEED
BEFORE A UNITED STATES
MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have Magistrate Judge Michael J. Roemer conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Any appeal from the judgment in this case shall be taken to the United States Court of Appeals for the Second Circuit.

Plaintiff(s):
Signature: _____ Date: 5/31/16
Print Name: Jon T. Minear

Defendant(s):
Signature: _____ Date: 5/31/16
Print Name: Roy A. Mura

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to Magistrate Judge Michael J. Roemer for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c) and foregoing consent of the parties.

Date: 6/17/16

_____
United States District Judge