UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DENNIS D'ANDREA**, | |
| Plaintiff, | **SUPPLEMENTAL DECLARATION** |
| - v - | |
| **ENCOMPASS INSURANCE COMPANY OF AMERICA**, | Civ. Action No.: 1:15-cv-00467-MJR |
| Defendant. | |

**JUDITH BURTON**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

**1.** Due to my mental health issues, I take a number of prescribed medications, including anti-depressants and mood stabilizers.

**2.** A list of my prescribed medications, indicating the name and dosage, is annexed hereto as **Exhibit A**.

s/ *Judith Burton*
_____
Judith Burton

Sworn to me this
19th day of July, 2018

*Heather Hayne*
_____
Notary Public

HEATHER ANNE HAYNE
NOTARY PUBLIC STATE OF NEW YORK
NO. 01HA6238598
Qualified in Erie County
My Commission Expires April 11, 2019