Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DENNIS D'ANDREA | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 15-CV-467 |
| v. | |
| ENCOMPASS INSURANCE COMPANY OF AMERICA | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Defendant's motion for summary judgment dismissing the complaint is Granted.

Date: August 29, 2018         MARY C. LOEWENGUTH
                              CLERK OF COURT


                              By: s/Suzanne Grunzweig
                                  Deputy Clerk